# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| ERIC QUINT, | ) Case No.: 2:13−CV−00474−WBS−DAD |
| Plaintiff, | ) **ORDER ON DEFENDANT'S** |
| vs. | ) **REQUEST TO APPEAR BY PHONE** |
| | ) **AT HEARINGS ON DEFENDANT'S** |
| | ) **MOTION TO DISMISS PLAINTIFF'S** |
| OPTION ONE MORTGAGE | ) **COMPLAINT; DEFENDANT'S** |
| CORPORATION dba and/or | ) **MOTION TO EXPUNGE LIS** |
| predecessor in interest to | ) **PENDENS; AND PLAINTIFF'S** |
| AMERICAN HOME SERVICING, | ) **MOTION TO REMAND** |
| INC.; Does 1 through 50, inclusive, | ) |
| Defendants. | ) Date: May 6, 2013 |
| | ) Time: 2:00 p.m. |
| | ) Ctrm: 5 |
| | ) Removal filed: March 8, 2013 |
| | ) Complaint Filed: December 17, 2012 |

-1-
[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO APPEAR BY PHONE AT HEARINGS ON MOTION TO DISMISS; MOTION TO EXPUNGE AND MOTION TO REMAND

1  Pursuant to the Request to Appear by Phone filed by Defendant, AMERICAN HOME MORTGAGE SERVICING, INC., now known as HOMEWARD RESIDENTIAL, INC. that its counsel be permitted to appear by telephone for the hearing on Homeward's Motion to Dismiss, Motion to Expunge Lis Pendens, and Plaintiff's Motion for Remand, all set for hearing on May 6, 2013, at 2:00 p.m. in Courtroom 5 of the above-captioned court, it is hereby ordered as follows:

IT IS HEREBY ORDERED that:

1. Counsel for Defendant American Home Mortgage Servicing, Inc., now known as Homeward Residential, Inc., may participate in the hearing on Defendant's Motion to Dismiss, Motion to Expunge Lis Pendens and Plaintiff's Motion for Remand, set for hearing on May 6, 2013, at 2:00 p.m., by telephone.

2. The Courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Counsel, Patricia L. Penny's, phone number is 949-477-5050, and her email is pppenny@wrightlegal.net.

IT IS SO ORDERED.

Dated: April 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE